L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In Re:

Marcial Aleman and Natalia Aleman

Debtor(s)

CHAPTER 13
CASE NO. 2:10-bk-39108-EC

DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED]

I, Marcial Aleman and Natalia Aleman, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On February 3, 2011 I purchased and sent my Chapter 13 Plan Payment $1,500.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of February 2011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 8, 2011

_____
Debtor

_____
Joint Debtor

1

| 0000727 | 11-24 | | | |
|---|---|---|---|---|
| Office AU # | 1210(8) | **CASHIER'S CHECK** | | 0072703357 |
| Operator I.D.: cu014656 | cu038107 | | | |

February 03, 2011

PAY TO THE ORDER OF     ***CHAPTER 13 TRUSTEE***
                        ***FROM MARCIAL R. ALEMAN***

***One thousand five hundred dollars and no cents***            **$1,500.00**

WELLS FARGO BANK, N.A.
5701 S EASTERN AVE
CITY OF COMMERCE, CA 90040
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 1,500.00



CONTROLLER

⑈0072703357⑈ ⑆121000248⑆4861 505287⑈

Debtor Name
Debtor Address
Anytown, CA 99999

Chapter 13 Trustee
P.O. Box 691
Memphis, TN 38101-0691

11th