| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39108-EC |
| In re<br><br>    **Marcial Aleman-Reyes**<br>    **Natalia De Jesus Aleman**<br><br><br><br>                         Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Marcial Aleman-Reyes  & Natalia De Jesus Aleman__ *(Debtor's name)*, hereby declare:

1.  I am the debtor in this chapter 13 bankruptcy case that was filed on __7/15/2010__ .

2.  I am the owner of real property[1] at the following street address:

    **7813, 7813 1/4, 7813 1/2 & 7815 Jaboneria Road,** _____

    **Bell Gardens, CA 90201** _____ (the "Property").

3.  The Property is encumbered by the following deeds of trust:

    a.  First deed of trust in favor of __IndyMac Mortgage Services__ .

    b.  Second deed of trust in favor of __Bank of the West__ *(if applicable).*

    c.  Third deed of trust in favor of __NONE__ *(if applicable).*

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 3015-1.4**
Best Case Bankruptcy

Case 2:10-bk-39108-EC    Doc 49    Filed 02/08/11    Entered 02/08/11 12:21:19    Desc

*Declaration Setting Forth Postconfirmation Deed of Trust Payments*    **F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 2 of 4

| In re<br><br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39108-EC |
|---|---|

4.    The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I

have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **IndyMac Mortgage Services<br>PO BOX 78826<br>Phoenix, AZ 85062** | $3,047.61 | 1-15th August 2010 | 08/02/2010 |
| | $3,047.61 | 1-15th Sept 2010 | 09/02/2010 |
| | $3,047.61 | 1-15th October 2010 | 10/4/2010 |
| | $3,047.61 | 1-15th November 2010 | 11/03/2010 |
| | $3,047.61 | 1-15th December 2010 | 12/04/2010 |
| | $3,047.61 | 1-15th January 2011 | 01/03/2011 |
| | $3,047.61 | 1-15th February 2011 | 02/03/2011 |
| **Bank of the West    7000-A<br>Eastern Ave., Bell Gardens,<br>CA 90201** | $942.95 | 1-15th August 2010 | 08/02/2010 |
| | $942.95 | 1-15th September 2010 | 9/04/2010 |
| | $942.95 | 1-15th October 2010 | 10/4/2010 |
| | $942.95 | 1-15th November 2010 | 11/05/2010 |
| | $942.95 | 1-15th December 2010 | 12/07/2010 |
| | $942.95 | 1-15th January 2011 | 01/05/2011 |
| | $942.96 | 1-15th February 2011 | 02/05/2011 |

5.    The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the

appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan

number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each
mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state
how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments
have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative,
acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - *Page 3 of 4*

| In re | | CHAPTER 13 |
|---|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman | | CASE NUMBER 2:10-bk-39108-EC |
| | Debtor(s). | |

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*                    **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 4 of 4*

| In re | CHAPTER 13 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><div align="right">Debtor(s).</div> | CASE NUMBER 2:10-bk-39108-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,          ☐ money orders,          ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.


Date   February 8, 2011                    Signature _____
                                                     Marcial Aleman-Reyes
                                                     Debtor


Date   February 8, 2011                    Signature _____
                                                     Natalia De Jesus Aleman
                                                     Joint Debtor

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com                    Best Case Bankruptcy

OneWest Bank

Branch 231

Number / Description
260094

| Account Information | |
| --- | --- |
| Account Information as of | 10/20/09 |
| Loan Number | 3001260094 |
| Interest Rate | 5.750% |
| Principal Balance | $292,726.88 |
| Escrow Balance | $ .00 |
| Unapplied Funds | $ .00 |
| Funds Advanced by IMS (1,2) | $ .00 |
| Principal Paid YTD | $16,024.28 |
| Interest Paid YTD | $14,451.82 |
| Property Taxes Paid YTD | $ .00 |
| Hazard Insurance Paid YTD | $ .00 |

PRINTED ON LINEMARK PAPER · HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0000727    11-24
Office AU #   1210(8)

**CASHIER'S CHECK**    0072703207

Operator I.D.: cu016980    cu014645

PRINTED ON LINEMARK PAPER · HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0000727    11-24
Office AU #   1210(8)

**CASHIER'S CHECK**    0072703359

Operator I.D.: cu014656    cu038107

**February 03, 2011**

PAY TO THE ORDER OF    ***INDYMAC MORTGAGE SERVICES***
***FROM MARICAL R. ALEMAN***

***Three thousand forty-seven dollars and 61 cents***    **$3,047.61**

WELLS FARGO BANK, N.A.
5701 S EASTERN AVE
CITY OF COMMERCE, CA 90040
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 3,047.61

*Richard Levy*
CONTROLLER

⑈0072703359⑈ ⑆121000248⑆:4861 505287⑈

*Mortgage Payment
1st deed
February 2011*



**BANK OF THE WEST**

Bell Gardens
7000-A EASTERN AVENUE
BELL GARDENS CA 90201

Please retain receipt for your records.
Transaction is subject to verification.

PAYMENT                           P 0
Account# X0392  11:47:37  02/05/2011
00683-03           116
Posting Date 02/07/2011

AMOUNT                    942.96 USD

MEMBER FDIC

2nd

Marciel Aleman
segunda de 7815 Jaboneria Rd
Bell Gardens

Feb. 5. 2011
12:28PM

Mortgage Payment
February 2011