| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39108-EC |
|---|---|
| In re<br><br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Marcial Aleman-Reyes & Natalia De Jesus Aleman** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **7/15/2010**.

2. I am the owner of real property[1] at the following street address:

   **4814, 4816 & 4816 1/2 Edison St**

   **Los Angeles, CA 90032** _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of **America's Servicing Co**.

   b. Second deed of trust in favor of **Bank of the West** *(if applicable)*.

   c. Third deed of trust in favor of **NONE** *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 4

| In re | CHAPTER 13 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br>Debtor(s). | CASE NUMBER 2:10-bk-39108-EC |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **America's Servicing Co.**<br>PO BOX 60768<br>Los Angeles, CA 90060 | $2,297.61 | 1-15th August 2010 | 08/02/2010 |
| | $2,297.61 | 1-15th September 2010 | 9/2/2010 |
| | $2,297.61 | 1-15th October 2010 | 10/4/2010 |
| Creditor | $2,297.61 | 1-15th November 2010 | 11/03/2010 |
| | $2,297.61 | 1-15th December 2010 | 12/04/2010 |
| | $2,297.61 | 1-15th January 2011 | 01/03/2011 |
| | $2,297..61 | 1-15th February 2011 | 02/03/2011 |
| **Bank of the West**<br>PO BOX 4002<br>Concord, CA 94524 | $956.46 | 1-15th August 2010 | 08/02/2010 |
| | $956.46 | 1-15th September 2010 | 9/2/2010 |
| | $956.46 | 1-15th October 2010 | 10/4/2010 |
| | $956.46 | 1-15th November 2010 | 11/04/2010 |
| | $956.46 | 1-15th December 2010 | 12/07/2010 |
| | $956.46 | 1-15th January 2011 | 01/04/2011 |
| | $956.46 | 1-15th February 2011 | 02/03/2011 |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Case 2:10-bk-39108-EC    Doc 50    Filed 02/08/11    Entered 02/08/11 12:22:04    Desc
Main Document    Page 3 of 6

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 4*

| In re | | CHAPTER 13 |
|---|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br>                                                        Debtor(s). | | CASE NUMBER 2:10-bk-39108-EC |

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments                                F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 4 of 4

| In re | | CHAPTER 13 |
|---|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman | Debtor(s). | CASE NUMBER 2:10-bk-39108-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  February 8, 2011          Signature  _____
                                           Marcial Aleman-Reyes
                                           Debtor

Date  February 8, 2011          Signature  _____
                                           Natalia De Jesus Aleman
                                           Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                         Best Case Bankruptcy

| 0000727 | -11-24 | | **CASHIER'S CHECK** | 0072703358 |
|---|---|---|---|---|
| Office AU # | 1210(8) | | | |
| Operator I.D.: cu014656 | cu038107 | | | |

February 03, 2011

PAY TO THE ORDER OF    \*\*\*AMERICAS SERVICING\*\*\*
\*\*\*FROM MARCIAL R. ALEMAN\*\*\*

\*\*\*Two thousand two hundred ninety-seven dollars and 61 cents\*\*\*    \*\*$2,297.61\*\*

WELLS FARGO BANK, N.A.
5701 S EASTERN AVE
CITY OF COMMERCE, CA 90040
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 2,297.61

*Richard Levy*
CONTROLLER

⑈0072703358⑈ ⑆121000248⑆4861 505287⑈

---

**ASC** — America's Servicing Company
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

## For Informational Purposes

1MB    7579/007579/015157 024 01 ACNK44 106 020

MARCIAL R ALEMAN
7815 JABONERIA RD
BELL GARDEN CA  90201-5529

*February 2011 Mortgage pmt*
*1ST on EDISON Street*

**Summary**    Property Address

**Monthly Mortgage Statement**
Statement Date    08/09/10
Loan Number    1158076146

**Customer Service**
Online
mortgageaccountonline.com
Fax    Telephone
(866) 453-6315    (800) 842-7654
Correspondence    Hours of Operation
PO Box 10328    Mon - Fri 8 AM - 6 PM C
Des Moines IA 50306
Payments
PO Box 60768
Los Angeles CA 90060

**Important Messages**
This statement is for informational purposes only. Our records indicate that your loan is



2nd Mortgage Pmt February 2011