| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-39108-EC |
| In re<br><br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, **Marcial Aleman-Reyes & Natalia De Jesus Aleman** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **7/15/2010**.

2. I am the owner of real property[1] at the following street address:

   **1285, 1285 1/2, 1285 3/4 & 1287 East 41st St**

   **Los Angeles, CA 90011**                                                      (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of **IndyMac Mortgage Services**.

   b. Second deed of trust in favor of **NONE** *(if applicable)*.

   c. Third deed of trust in favor of **NONE** *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                Best Case Bankruptcy

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

F 3015-1.4

| In re<br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-39108-EC |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| IndyMac Mortgage Services<br>PO BOX 78826<br>Phoenix, AZ 85062 | $4,266.82 | 1-15th August 2010 | 08/02/2010 |
| | $4,266.82 | 1-15th September 2010 | 9/2/2010 |
| | $4,266.82 | 1-15th October 2010 | 10/4/2010 |
| Creditor | $4,266.82 | 1-15th November 2010 | 11/03/2010 |
| | $4,266.82 | 1-15th December 2010 | 12/04/2010 |
| | $4,266.82 | 1-15th January 2011 | 01/03/2011 |
| | $4,266.82 | 1-15th February 2011 | 02/03/2011 |
| Creditor | $4,266.82 | 1-15th March 2011 | 03/04/2011 |
| | $4,266.82 | 1-15th April 2011 | 04/04/2011 |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Declaration Setting Forth Postpetition Reconciliation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re | CHAPTER 13 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br>                                                       Debtor(s). | CASE NUMBER 2:10-bk-39108-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  4/26/11                        Signature  _____
                                                Marcial Aleman-Reyes
                                                Debtor

Date  4/26/11                        Signature  _____
                                                Natalia De Jesus Aleman
                                                Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                         Best Case Bankruptcy

| Account Information | |
|---|---|
| Account Information as of | 10/20/09 |
| Loan Number | 1008714063 |
| Interest Rate | 6.250% |
| Principal Balance | $264,086.42 |
| Escrow Balance | $3,406.71 |
| Unapplied Funds | $ .00 |
| Funds Advanced by IMS (1,2) | $ .00 |
| Principal Paid YTD | $23,735.49 |
| Interest Paid YTD | $14,439.71 |
| Property Taxes Paid YTD | $1,398.44 |
| Hazard Insurance Paid YTD | $2,483.00 |

PRINTED ON LINEMARK PAPER • HOLD TO LIGHT TO VIEW • FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0000727　　11-24
Office AU #　　1210(8)

**CASHIER'S CHECK**　　0072703208

Operator I.D.: cu016980　　cu014645

PRINTED ON LINEMARK PAPER • HOLD TO LIGHT TO VIEW • FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0000727　　11-24
Office AU #　　1210(8)

**CASHIER'S CHECK**　　0072703535

Operator I.D.: cu014836　　cu006642

PAY TO THE ORDER OF　　***INDYMAC MORTGAGE SERVICES***
　　　　　　　　　　　　***FROM MARCIAL R. ALEMAN***

*** Four thousand two hundred sixty-six dollars and 82 cents ***

March 04, 2011

**$4,266.82**

WELLS FARGO BANK, N.A.
5701 S EASTERN AVE
CITY OF COMMERCE, CA 90040
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 4,266.82

*Richard Levy*
CONTROLLER

⑆0072703535⑆ ⑈121000248⑈ 4861 50528 7⑈

| Account Information | |
|---|---|
| Account Information as of | 10/20/09 |
| Loan Number | 3001260094 |
| Interest Rate | 5.750% |
| Principal Balance | $292,726.88 |
| Escrow Balance | $.00 |
| Unapplied Funds | $.00 |
| Funds Advanced by IMS (1,2) | $.00 |
| Principal Paid YTD | $16,034.28 |

| Account Information | |
|---|---|
| Account Information as of | 10/20/09 |
| Loan Number | 1008714063 |
| Interest Rate | 6.250% |
| Principal Balance | $264,086.42 |
| Escrow Balance | $3,406.71 |

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

**OneWest Bank**

300016532

90-7028
3222

888 East Walnut Street, Pasadena, CA 91101

Loan #1008714063

Date April 04, 2011

Pay FOUR THOUSAND TWO HUNDRED SIXTY SIX DOLLARS AND EIGHTY TWO CENTS

To the order of *IndyMac Mortgage Services*
From Marcial Aleman

$*********4,266.82

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

**OneWest Bank**

300016533

90-7028
3222

888 East Walnut Street, Pasadena, CA 91101

Date April 04, 2011

Loan #3001260094

Pay THREE THOUSAND FORTY SEVEN DOLLARS AND SIXTY ONE CENTS

$*********3,047.61

To the order of *IndyMac Mortgage Services*
From Marcial Aleman

Drawer: OneWest Bank

_Authorized Signature_

⑈300016533⑈ ⑆322270288⑆ ⑈290000038⑈