| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-39108-EC |
|---|---|
| In re<br><br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, **Marcial Aleman-Reyes & Natalia De Jesus Aleman** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **7/15/2010**.

2. I am the owner of real property[1] at the following street address:

    **4814, 4816 & 4816 1/2 Edison St**

    **Los Angeles, CA 90032**                                                   (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **America's Servicing Co**.

    b. Second deed of trust in favor of **Bank of the West** *(if applicable)*.

    c. Third deed of trust in favor of **NONE** *(if applicable)*.

(Continued on next page)

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

| In re Marcial Aleman-Reyes Natalia De Jesus Aleman | Debtor(s). | CHAPTER 13 CASE NUMBER 2:10-bk-39108-EC |
|---|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **America's Servicing Co.** **PO BOX 60768** **Los Angeles, CA 90060** | $2,297.61 | 1-15th August 2010 | 08/02/2010 |
| | $2,297.61 | 1-15th September 2010 | 9/2/2010 |
| | $2,297.61 | 1-15th October 2010 | 10/4/2010 |
| Creditor | $2,297.61 | 1-15th November 2010 | 11/03/2010 |
| | $2,297.61 | 1-15th December 2010 | 12/04/2010 |
| | $2,297.61 | 1-15th January 2011 | 01/03/2011 |
| | $2,297..61 | 1-15th February 2011 | 02/03/2011 |
| **Bank of the West** **PO BOX 4002** **Concord, CA 94524** | $956.46 | 1-15th August 2010 | 08/02/2010 |
| | $956.46 | 1-15th September 2010 | 9/2/2010 |
| | $956.46 | 1-15th October 2010 | 10/4/2010 |
| | $956.46 | 1-15th November 2010 | 11/04/2010 |
| | $956.46 | 1-15th December 2010 | 12/07/2010 |
| | $956.46 | 1-15th January 2011 | 01/04/2011 |
| | $956.46 | 1-15th February 2011 | 02/03/2011 |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

America's Servicing Co. Mortgage pmt for March 2011 made on 03/07/11 $2,297.61
America's Servicing Co. Mortgage pmt for April 2011 made on 04/05/11 $2,297.61
Bank of the West no payment made due to Default Judgment enter on 02/10/2011 waiting for the Order signed by Judge.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                     Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments — F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 4

| In re | | CHAPTER 13 |
|---|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman | Debtor(s). | CASE NUMBER 2:10-bk-39108-EC |

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Case 2:10-bk-39108-EC    Doc 53    Filed 04/26/11    Entered 04/26/11 13:00:00    Desc
Main Document    Page 4 of 5

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 4 of 4

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman | Debtor(s). | CASE NUMBER 2:10-bk-39108-EC |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  April 26, 2011            Signature  _____
                                           Marcial Aleman-Reyes
                                           Debtor

Date  April 26, 2011            Signature  _____
                                           Natalia De Jesus Aleman
                                           Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                  F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy



**PURCHASER'S RECORD - CASHIER'S CHECK**    1000505202

BANK of the WEST
1-800-488-2265

90-78/1211
00683

PURCHASER   MARCIAL REYES ALEMAN                                     DATE   03/07/2011

PAY TO THE
ORDER OF    AMERICAS SERVICING                                       $2,297.61

Two Thousand Two Hundred Ninety-Seven and 61/100ths Dollars          Fee - $6.00

Memo_____

**CASHIER'S CHECK**                                                  **NON - NEGOTIABLE**

---

**OFFICIAL CHECK**                                                   300016535

 OneWest Bank

90-7028
3222

888 East Walnut Street, Pasadena, CA 91101

Date April 05, 2011

MARCIAL R. ALEMAN

Pay   TWO THOUSAND TWO HUNDRED NINETY SEVEN DOLLARS AND SIXTY ONE CENTS

To the
order of *AMERICAS SERVICING*                                        $********2,297.61

Drawer: OneWest Bank

**NON NEGOTIABLE**
CUSTOMER COPY
Authorized Signature      MP