| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388.4939 Fax: (213) 388.2411<br>California State Bar Number: 175497<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39108-SK |
|---|---|
| In re<br><br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br><br>Debtor(s). | **MOTION UNDER LOCAL BANKRUPTCY RULE 3015-1(n) and (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>(No Hearing Required) |

1. The debtor(s) hereby move(s) this Court to modify the confirmed chapter 13 plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (*check all that apply*):
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed chapter 13 plan:
   The Order Confirming Plan was entered on  04/26/2011 Docket # 56 . Case was filed on 07/15/2010
   Plan payment amount(s): $1,116.00 for month (1-3). $1,500.00 for month (4-5). $1,625.00 for month (6).
   $1,500.00 for month (7-9). $2,800.00 for month (10-60).
   Length of plan:  60  months.
   Percentage paid to Class 5 general unsecured creditors:  65.95 %.

4. There have been  NO  previous modification or suspension orders.
   Plan payments have been suspended for  NO  months and/or the plan has been extended for  NO  months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $1,116.00 for month (1-3). $1,500.00 for month (4-5). $1,625.00 for month (6).
   $1,500.00 for month (7-9). $2,800.00 for month (10-60).
   Length of plan:  60  months.
   Percentage to Class 5 general unsecured creditors:  65.95 %.

6. Proposed modification:
   ☐ Suspend (*indicate number of plan payments*) __ plan payments.
   ☐ Extend the term by (*indicate number of months*) __ month(s).
   ☐ Reduce the term by (*indicate number of months*) __ month(s).
   ☐ Increase the plan payment from $___ to $___ from (*date*) _____ to (*date*) _____.
   ☒ Reduce the plan payment from $2,800,00 to $ 1,500.00  from  May 2011 (month 10) to  July 2015 (month 60) .

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 3015-1.6

*Motion to Modify Plan or Suspend Plan Payments - Page 2*                    F 3015-1.6

| In re<br>Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-39108-SK |
|---|---|

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

Debtors monthly income and expenses have been adjusted based on the current economy. On May 23, 2011 Debtors had amended schedules I and J to reflect current income and expenses. See docket # 60.

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable  60  months after the first plan payment was due.

9. If this motion is granted:

    ☐ There will be no change in the percentage paid to Class 5 general unsecured creditors,

    OR

    ☒ The percentage paid to Class 5 general unsecured creditors will change from  65.95 % to  5.00 %.

Dated:  July 8, 2011

L. Bishop #176497
Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2011

Marcial Aleman-Reyes
Debtor

Dated:  July 8, 2011

Natalia De Jesus Aleman
Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 3015-1.6

Motion to Modify Plan or Suspend Plan Payments - Page 3                                F 3015-1.6

| In re | CHAPTER 13 |
|---|---|
| Marcial Aleman-Reyes<br>Natalia De Jesus Aleman<br>Debtor(s). | CASE NUMBER 2:10-bk-39108-SK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as   Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   7/8/11  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Leroy Bishop Austin    lbishopbk@yahoo.com, lbishopbk@gmail.com ; Kathy A Dockery (TR) efiling@CH13LA.com ; Christopher M McDermott    ecfcacb@piteduncan.com ; Ramesh Singh    claims@recoverycorp.com ; United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov ; Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   7/8/11  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 8, 2011 | L. Bishop Austin 175497 | _[Signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.6